3/17/2021                                              MYINFO - v1.0 : Pay

## View Pay Statement          JPMORGAN CHASE & CO.

Advice Number:    3831459

JPMorgan Chase Bank, NA
1111 Polaris Parkway  Columbus, OH 43240          State of NY - Employer 1349946501
                                                  BIN:

| | | | TAX DATA: | Federal | State | Local |
|---|---|---|---|---|---|---|
| Yekaterina Tumayeva | Company: | 802 | Tax Status: | S | S | S |
| 125 oceana dr east apt 3c | Cost Center: | 747368 | Allowances: | 0 | 0 | |
| Brooklyn, NY 11235 | Location: | 144033 - Brighton East | Addl. Percent: | | | |
| | FLSA Status: | Overtime Eligible | Addl. Amount: | | | |
| | | | Wrk State: | NY | | |
| | Pay Date: | 02/26/2021 | Res State: | NY | | |
| SID: V303456 | Pay Begin Date: | 02/07/2021 | Local: | New York | | |
| | Pay End Date: | 02/20/2021 | Hourly Rate: | 23.610000 | | |
| Leave Balances | Other Pay Begin Dt: | 02/07/2021 | Shift: | N/A | | |
| | Other Pay End Dt: | 02/20/2021 | | | | |

| Description | YTD Amount |
|---|---|
| Sick Bal not available on prior statements | |

### Summary

| | Federal Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,309.96 | 360.02 | 1,528.78 | |

### Earnings

| Description | Period Begin Date | Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular Base Pay | 02/07/2021 | 02/15/2021 | 40.00 | 23.610000 | 944.40 |
| Vacation Hourly | 02/16/2021 | 02/20/2021 | 32.00 | 23.610000 | 755.52 |
| Holiday Hourly | 02/07/2021 | 02/15/2021 | 8.00 | 23.610000 | 188.88 |
| Total: | | | | | 1,888.80 |

### Taxes

| Description | Amount | Taxable Wages |
|---|---|---|
| Federal | 131.31 | 1,309.96 |
| Medicare | 24.47 | 1,687.72 |
| Social Security | 104.64 | 1,687.72 |
| NY FLI/EE | 9.66 | 1,891.30 |
| NY Withholding | 52.15 | 1,309.96 |
| NY OASDI/EE | 1.20 | 240.00 |
| NY New York | 36.59 | 1,309.96 |
| Total: | 360.02 | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Dental PPO | 22.50 |
| Medical PPO | 175.00 |
| Vision | 6.08 |
| 401(k) Per-Pay Contribution | 377.76 |
| Total: | 581.34 |

### After Tax Deductions

| Description | Amount |
|---|---|
| 401k Loan Repayment | 589.56 |
| Employee AD&D | 2.50 |
| Employee Stock Purchase | 294.40 |
| Group Legal | 5.62 |
| Long Term Disability | 19.69 |
| Personal Excess Liability Ins | 22.17 |
| Employee Suppl Term Life | 13.50 |
| Total: | 947.44 |

### Additional Information

| Description | Amount |
|---|---|
| Imputed Basic Life Taxable | 2.50 |

* Added to Taxable Wages

This payment resulted in a net pay of zero.

Print

3/17/2021 MYINFO - v1.0 : Pay

## View Pay Statement

JPMorgan Chase & Co.

Advice Number: 82219169

JPMorgan Chase Bank, NA
1111 Polaris Parkway  Columbus, OH 43240

State of NY - Employer BIN: 1349946501

Yekaterina Tumayeva
125 oceana dr east apt 3c
Brooklyn, NY 11235

| TAX DATA: | Federal | State | Local |
|---|---|---|---|
| Tax Status: | S | S | S |
| Allowances: | 0 | 0 | |
| Addl. Percent: | | | |
| Addl. Amount: | | | |
| Wrk State: | NY | | |
| Res State: | NY | | |
| Local: | New York | | |
| Hourly Rate: | 23.610000 | | |
| Shift: | N/A | | |

| | |
|---|---|
| Company: | 802 |
| Cost Center: | 747368 |
| Location: | 144033 - Brighton East |
| FLSA Status: | Overtime Eligible |
| Pay Date: | 02/26/2021 |
| Pay Begin Date: | 02/24/2021 |
| Pay End Date: | 02/24/2021 |
| Other Pay Begin Dt: | 02/07/2021 |
| Other Pay End Dt: | 02/20/2021 |

SID:    V303456

### Leave Balances

| Description | YTD Amount |
|---|---|
| Sick Bal not available on prior statements | |

### Summary

| | Federal Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 7,581.96 | 3,774.15 | 1,895.49 | 3,807.81 |
| YTD | 19,061.45 | 8,362.90 | 8,935.88 | 7,383.71 |

### Earnings

| Description | Period Begin Date | Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Branch Incentive Plan | 01/01/2021 | 01/15/2021 | | | 4,964.38 | |
| Branch Incentive Plan | 01/16/2021 | 01/31/2021 | | | 4,513.07 | 17,937.99 |
| Holiday Hourly | | | | | | 558.96 |
| NCN - Non Cash Award | | | | | | 14.26 |
| Regular Base Pay | | | | | | 5,053.68 |
| Vacation Hourly | | | | | | 1,125.60 |
| Stock Purchase Discount | | | | | | 110.53 |
| Total: | | | | | 9,477.45 | 24,682.49 |

### Taxes

| Description | Amount | YTD Amount | Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| Federal | 1,949.09 | 4,096.00 | 7,581.96 | 19,061.45 |
| Medicare | 137.42 | 347.95 | 9,477.45 | 23,996.70 |
| Social Security | 587.61 | 1,487.80 | 9,477.45 | 23,996.70 |
| NY FLI/EE | 48.42 | 126.78 | 9,477.45 | 24,811.02 |
| NY Withholding | 729.38 | 1,563.60 | 7,581.96 | 19,061.45 |
| NY OASDI/EE | | 4.80 | | 960.00 |
| NY New York | 322.23 | 735.97 | 7,581.96 | 19,061.45 |
| Total: | 3,774.15 | 8,362.90 | | |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Dental PPO | | 90.00 |
| Medical PPO | | 700.00 |
| Vision | | 24.32 |
| 401(k) Per-Pay Contribution | 1,895.49 | 4,935.25 |
| Total: | 1,895.49 | 5,749.57 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401k Loan Repayment | | 1,768.68 |
| Employee AD&D | | 10.00 |
| Employee Stock Purchase | | 1,163.71 |
| Group Legal | | 22.48 |
| Long Term Disability | | 78.76 |
| Personal Excess Liability Ins | | 88.68 |
| Employee Suppl Term Life | | 54.00 |
| Total: | | 3,186.31 |

### Additional Information

| Description | Amount | YTD Amount |
|---|---|---|
| Imputed Basic Life Taxable | | 10.00 |

* Added to Taxable Wages

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 82219169 | Checking | xxxxx | 3,807.81 |

3/17/2021                                    MYINFO - v1.0 : Pay

## View Pay Statement

JPMORGAN CHASE & CO.

Advice Number:          82276192

JPMorgan Chase Bank, NA

1111 Polaris Parkway  Columbus, OH 43240        State of NY - Employer BIN: 1349946501

| TAX DATA: | Federal | State | Local |
|---|---|---|---|

Yekaterina Tumayeva          Company:        802
125 oceana dr east apt 3c    Cost Center:    747368
Brooklyn, NY 11235           Location:       144033 - Brighton
                                             East
                             FLSA Status:    Overtime Eligible

| Tax Status: | S | S | S |
|---|---|---|---|
| Allowances: | 0 | 0 | |
| Addl. Percent: | | | |
| Addl. Amount: | | | |
| Wrk State: | NY | | |
| Res State: | NY | | |
| Local: | New York | | |
| Hourly Rate: | 23.610000 | | |
| Shift: | N/A | | |

Pay Date:        03/12/2021
Pay Begin Date:  02/21/2021
SID:   V303456          Pay End Date:    03/06/2021
                        Other Pay Begin Dt: 02/21/2021
Leave Balances          Other Pay End Dt:   03/06/2021

| Description | YTD Amount |
|---|---|
| Sick | 16.00 |

### Summary

| | Federal Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | 1,498.84 | 401.81 | 1,395.50 | 91.49 |
| **YTD** | 20,563.89 | 8,766.31 | 10,331.38 | 7,475.20 |

### Earnings

| Description | Period Begin Date | Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Base Pay | 02/21/2021 | 02/28/2021 | 32.00 | 23.610000 | 755.52 | 6,564.72 |
| Regular Base Pay | 03/01/2021 | 03/06/2021 | 32.00 | 23.610000 | 755.52 | |
| Vacation Hourly | 02/21/2021 | 02/28/2021 | 8.00 | 23.610000 | 188.88 | 1,314.48 |
| Sick Hourly | 03/01/2021 | 03/06/2021 | 8.00 | 23.610000 | 188.88 | 188.88 |
| NCN - Non Cash Award | | | | | | 17.86 |
| Branch Incentive Plan | | | | | | 17,937.99 |
| Holiday Hourly | | | | | | 558.96 |
| Stock Purchase Discount | | | | | | 110.53 |
| **Total:** | | | | | **1,888.80** | **26,572.89** |

### Taxes

| Description | Amount | YTD Amount | Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| Federal | 153.98 | 4,250.77 | **1,498.84** | 20,563.89 |
| Medicare | 24.47 | 372.48 | **1,687.72** | 25,688.02 |
| Social Security | 104.63 | 1,592.66 | **1,687.72** | 25,688.02 |
| NY FLI/EE | 9.67 | 136.47 | **1,891.30** | 26,705.92 |
| NY Withholding | 63.43 | 1,627.38 | **1,498.84** | 20,563.89 |
| NY OASDI/EE | 1.20 | 6.00 | **240.00** | 1,200.00 |
| NY New York | 44.43 | 780.55 | **1,498.84** | 20,563.89 |
| **Total:** | **401.81** | **8,766.31** | | |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Dental PPO | 22.50 | 112.50 |
| Medical PPO | 175.00 | 875.00 |
| Vision | 6.08 | 30.40 |
| 401(k) Per-Pay Contribution | 188.88 | 5,124.13 |
| **Total:** | **392.46** | **6,142.03** |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401k Loan Repayment | 589.56 | 2,358.24 |
| Employee AD&D | 2.50 | 12.50 |
| Employee Stock Purchase | 350.00 | 1,513.71 |
| Group Legal | 5.62 | 28.10 |
| Long Term Disability | 19.69 | 98.45 |
| Personal Excess Liability Ins | 22.17 | 110.85 |
| Employee Suppl Term Life | 13.50 | 67.50 |
| **Total:** | **1,003.04** | **4,189.35** |

### Additional Information

| Description | Amount | YTD Amount |
|---|---|---|
| Imputed Basic Life Taxable | 2.50 | 12.50 |

\* Added to Taxable Wages

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 82276192 | Checking | xxxxx** | 91.49 |

Print