

**Blue Business℠ Plus Credit Card**
274-276 HAMILTON LLC
YEKATERINA TUMAYEVA
Closing Date 03/11/21      Next Closing Date 04/09/21
Account Ending ▇1008

p. 1/8

**Customer Care:** 1-800-521-6121
**TTY:** 1-800-221-9950
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$10,247.82** |
| **Minimum Payment Due** | **$1,398.00** |
| Includes the past due amount of $60.00 | |
| **Payment Due Date** | **04/05/21** ‡ |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 04/05/21, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.24%.

**Membership Rewards® Points**
Available and Pending as of 01/31/21
**121,472**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $5,978.19 |
| Payments/Credits | -$0.00 |
| New Charges | +$4,033.08 |
| Fees | +$39.00 |
| Interest Charged | +$197.55 |
| **New Balance** | **$10,247.82** |
| **Minimum Payment Due** | **$1,398.00** |
| Credit Limit | $6,800.00 |
| Amount Above the Credit Limit | $3,447.82 |
| Days in Billing Period: 31 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 18 years | $17,851 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Your account is past due.

Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications on **pages 5 - 7.**

Continued on page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending** ▇1008
Enter 15 digit account # on all payments.
Make check payable to American Express.

YEKATERINA TUMAYEVA
274-276 HAMILTON LLC
274-276 HAMILTON LLC
155 OCN DR E APT 1 H
BROOKLYN NY 11235

Payment Due Date
**04/05/21**
New Balance
**$10,247.82**
Minimum Payment Due
**$1,398.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$ _____ . ____
**Amount Enclosed**



**EXHIBIT A**



**Blue Business℠ Plus Credit Card**
274-276 HAMILTON LLC
YEKATERINA TUMAYEVA
Closing Date 03/11/21

p. 3/8

Account Ending 1008



| | | | |
|---|---|---|---|
| **Customer Care & Billing Inquiries** | 1-800-521-6121 | **Hearing Impaired** | |
| **International Collect** | 1-623-492-7719 | **TTY:** 1-800-221-9950 | |
| **Large Print & Braille Statements** | 1-800-521-6121 | **FAX:** 1-623-707-4442 | |
| **Cash Advance at ATMs Inquiries** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 | |

**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 1270
NEWARK NJ 07101-1270

ⓘ  Please note, your spending limit is $7,800.00. You have spent $10,247.82.

## New Charges

### Summary

| | Total |
|---|---:|
| **Total New Charges** | **$4,033.08** |

### Detail

**YEKATERINA TUMAYEVA**
Card Ending 1008

| | | | | Amount |
|---|---|---|---|---:|
| 02/25/21 | PAYUSATAX CONV. FEE 000000001 6157306367 | NASHVILLE | TN | $39.20 |
| 02/25/21 | US TREASURY TAX PAYMENT 000000001 6157306367 | NASHVILLE | TN | $2,000.00 |
| 02/26/21 | WF4 DTF RTN *SERVICE FEE 518-457-5181 | CONCORD | CA | $43.88 |
| 02/26/21 | NYS DTF PIT RTN PAYMENT 518-457-5181 | ALBANY | NY | $1,950.00 |

## Fees

| | | Amount |
|---|---|---:|
| 03/05/21 | Late Payment Fee | $39.00 |
| **Total Fees for this Period** | | **$39.00** |

## Interest Charged

| | | Amount |
|---|---|---:|
| 03/11/21 | Interest Charge on Purchases | $0.19 |
| 03/11/21 | Interest Charge on Promotional Balances | $197.36 |
| **Total Interest Charged for this Period** | | **$197.55** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

**EXHIBIT A**

## 2021 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---:|
| Total Fees in 2021 | $39.00 |
| Total Interest in 2021 | $197.55 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---:|---:|---:|
| Purchases | 29.24% (v) | $7.56 | $0.19 |
| Introductory Purchase<br>Rate Expires 06/10/2021 then will go to 13.24% (v) | 29.24% (v) | $7,948.00 | $197.36 |
| **Total** |  |  | **$197.55** |

(v) Variable Rate

**EXHIBIT A**