

**Business Platinum Card**
RIVERSIDE DRIVE
YEKATERINA TUMAYEVA
Closing Date 03/18/21    Next Closing Date 04/16/21
Account Ending ▮2001

p. 1/14

**Customer Care:** 1-800-492-8468
**TTY:** 1-800-221-9950
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$26,758.03** |
| **Minimum Payment Due** | **$17,249.56** |
| Includes the past due amount of $441.94 | |
| **Payment Due Date** | **04/12/21** ‡ |

‡ **Late Payment Warning:** If you do not pay the Minimum Payment Due by your Next Closing Date of 04/16/21, you may have to pay a late fee of the greater of $39.00 or 2.99% of the past due Pay in Full amount, and your Pay Over Time APR may be increased to the Penalty APR of 29.24%.

**Membership Rewards® Points**
Available and Pending as of 02/28/21

**1,794**

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| **Pay In Full Portion** | | |
|---|---|---|
| Previous Balance | | $2,661.72 |
| Payments/Credits | | -$2,505.20 |
| New Charges | | +$16,484.62 |
| Fees | | +$39.00 |
| New Balance | = | $16,680.14 |
| **Pay Over Time Portion** | | |
| Previous Balance | | $10,058.88 |
| Payments/Credits | | -$226.58 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$245.59 |
| New Balance | = | $10,077.89 |
| Minimum Due | | $569.42 |
| **Account Total** | | |
| Previous Balance | | **$12,720.60** |
| Payments/Credits | | -$2,731.78 |
| New Charges | | +$16,484.62 |
| Fees | | +$39.00 |
| Interest Charged | | +$245.59 |
| **New Balance** | | **$26,758.03** |
| **Minimum Payment Due** | | **$17,249.56** |
| **Pay Over Time Limit** | | $10,000.00 |
| **Available Pay Over Time Limit** | | $0.00 |
| Days in Billing Period: 31 | | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 21 years | $24,602 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

⚠ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications on **pages 7 - 14.**

Continued on page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

| **Payment Coupon**<br>Do not staple or use paper clips | **Pay by Computer**<br>americanexpress.com/business | **Pay by Phone**<br>1-800-472-9297 | **Account Ending** ▮2001<br>Enter 15 digit account # on all payments.<br>Make check payable to American Express. |
|---|---|---|---|

YEKATERINA TUMAYEVA
RIVERSIDE DRIVE
155 OCEANA DR E
APT 1H
BROOKLYN NY 11235-6684

Payment Due Date
**04/12/21**

New Balance
**$26,758.03**

Minimum Payment Due
**$17,249.56**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270



$ _____ . ____
Amount Enclosed



**EXHIBIT B**



| | | | |
|---|---|---|---|
| **Business Platinum Card** | | | p. 3/14 |
| RIVERSIDE DRIVE | | | |
| YEKATERINA TUMAYEVA | | | |
| Closing Date 03/18/21 | | | Account Ending 2001 |

| | | | |
|---|---|---|---|
| **Customer Care & Billing Inquiries** | 1-800-492-8468 | **Hearing Impaired** | |
| **International Collect** | 1-623-492-7719 | **TTY:** 1-800-221-9950 | |
| **Large Print & Braille Statements** | 1-800-492-8468 | **FAX:** 1-623-707-4442 | |
| **Express Cash** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 | |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 1270
NEWARK NJ 07101-1270

For information on your Pay Over Time feature and limit, see **page 5**

Please note, your preset spending limit is $10,600.00. You have spent $26,758.03.



Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at **www.membershiprewards.com/terms** or call **1-800-AXP-EARN** (297-3276) for more information or to reinstate points. There is a $35.00 fee for each month of points you want to reinstate.

## Payments and Credits
### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$2,319.42 | -$226.58 | -$2,546.00 |
| **Credits** | -$185.78 | $0.00 | -$185.78 |
| **Total Payments and Credits** | **-$2,505.20** | **-$226.58** | **-$2,731.78** |

### Detail  *Indicates posting date

| **Payments** | | **Amount** |
|---|---|---|
| 02/17/21* | ONLINE PAYMENT - THANK YOU | -$2,546.00 |

| **Credits** | | **Amount** |
|---|---|---|
| 02/17/21* | AMEX Airline Fee Reimbursement<br>TRANSACTION PROCESSED BY AMERICAN EXPRESS | -$35.00 |
| 02/17/21* | AMEX Airline Fee Reimbursement<br>TRANSACTION PROCESSED BY AMERICAN EXPRESS | -$35.00 |
| 02/18/21* | AMEX Airline Fee Reimbursement<br>TRANSACTION PROCESSED BY AMERICAN EXPRESS | -$35.00 |
| 02/23/21 | LUMENS LIGHT PLUS LIVING LUMENS LIGHT<br>SACRAMENTO    CA<br>SACRAMENTO | -$12.36 |
| 02/24/21 | LUMENS LIGHT PLUS LIVING LUMENS LIGHT<br>SACRAMENTO    CA<br>SACRAMENTO | -$43.42 |
| 02/25/21* | AMEX Airline Fee Reimbursement<br>TRANSACTION PROCESSED BY AMERICAN EXPRESS | -$25.00 |

## New Charges
### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total  New Charges** | $16,484.62 | $0.00 | $16,484.62 |

Continued on reverse

**EXHIBIT B**

## Detail

**YEKATERINA TUMAYEVA**
Card Ending 2001

| Date | Description | Location | | Amount |
|---|---|---|---|---|
| 02/15/21 | UNITED AIRLINES<br>UNITED AIRLINES<br>From: N.Y. NEWARK INTL A    To: PROVIDENCIALES    Carrier: UA    Class: 00<br>Ticket Number: 01699082464181    Date of Departure: 02/15<br>Passenger Name: DANILENKO /FIRST CHECKED<br>Document Type: EXCESS BAGGAGE | NEWARK | NJ | $35.00 |
| 02/22/21 | UNITED AIRLINES<br>UNITED AIRLINES<br>From: PROVIDENCIALES    To: N.Y. NEWARK INTL A    Carrier: UA    Class: 00<br>Ticket Number: 01699089726666    Date of Departure: 02/22<br>Passenger Name: DANILENKO /FIRST CHECKED<br>Document Type: EXCESS BAGGAGE | PROVIDENCIALE | TC | $35.00 |
| 02/22/21 | UNITED AIRLINES<br>UNITED AIRLINES<br>From: PROVIDENCIALES    To: N.Y. NEWARK INTL A    Carrier: UA    Class: 00<br>Ticket Number: 01699089726670    Date of Departure: 02/22<br>Passenger Name: CHERVONSKY/FIRST CHECKED<br>Document Type: EXCESS BAGGAGE | PROVIDENCIALE | TC | $35.00 |
| 02/22/21 | UNITED AIRLINES<br>UNITED AIRLINES<br>From: PROVIDENCIALES    To: N.Y. NEWARK INTL A    Carrier: UA    Class: 00<br>Ticket Number: 01699089726681    Date of Departure: 02/22<br>Passenger Name: DANILENKO /FIRST CHECKED<br>Document Type: EXCESS BAGGAGE | PROVIDENCIALE | TC | $35.00 |
| 02/26/21 | WF4 DTF RTN *SERVICE FEE<br>518-457-5181 | CONCORD | CA | $21.38 |
| 02/26/21 | NYS DTF PIT RTN PAYMENT<br>518-457-5181 | ALBANY | NY | $950.00 |
| 02/27/21 | UBER TRIP<br>YGWG5DMI 94105 | HELP.UBER.COM | CA | $81.98 |
| 02/27/21 | UBER TRIP<br>3CSO4SAO 94105 | HELP.UBER.COM | CA | $18.98 |
| 02/27/21 | UBER TRIP<br>3KTBURYI 94105 | HELP.UBER.COM | CA | $14.60 |
| 03/01/21 | UBER TRIP<br>3CSO4SAO 94105 | HELP.UBER.COM | CA | $3.00 |
| 03/01/21 | US MINT COIN SALES-DR 000000002<br>USM09241599 20220<br>US Mint Coin Sales | WASHINGTON | DC | $15,244.95 |
| 03/03/21 | UBER TRIP<br>FN2A5ORY 94105 | HELP.UBER.COM | CA | $9.73 |

## Fees

| Date | Description | Amount |
|---|---|---|
| 03/18/21 | Late Payment Fee | $39.00 |
| **Total Fees for this Period** | | **$39.00** |

Continued on next page

**EXHIBIT B**



**Business Platform Card** p. 5/14
RIVERSIDE DRIVE
YEKATERINA TUMAYEVA
Closing Date 03/18/21                                    Account Ending ▬2001

## Interest Charged

| | Amount |
|---|---|
| 03/18/21   Interest Charge on Pay Over Time Purchases | $245.59 |
| **Total Interest Charged for this Period** | **$245.59** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2021 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2021 | $78.00 |
| Total Interest in 2021 | $511.49 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 29.24% (v) | $9,890.30 | $245.59 |
| **Total** | | | **$245.59** |

(v) Variable Rate

**Information on Pay Over Time**

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $10,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $0.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:    ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

**EXHIBIT B**