| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>_____X<br>IN RE:  YEKATERINA TUMAYEVA,<br><br>  DEBTOR.<br>_____X<br>AMERICAN EXPRESS NATIONAL BANK,<br><br>  PLAINTIFF,<br><br>  v.<br><br>YEKATERINA TUMAYEVA,<br><br>  DEFENDANT.<br>_____X | pjh9510<br>Tax ID #11-3178696<br><br><br>CHAPTER 11<br><br>BANKR. NO. 1-21-40870-JMM<br><br><br><br><br>ADV. PROC. NO. 1-21-<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

American Express National Bank, a national bank, is a wholly owned subsidiary of American Express Travel Related Services Company, Inc., a New York corporation which is wholly owned by American Express Company, a New York corporation which is publicly owned and traded.

                                              Respectfully submitted,
                                              *Attorneys for Plaintiff*

Dated: July 1, 2021          By:   /s/ Paul J. Hooten
                                              Paul J. Hooten (PJH9510)
                                              PAUL J. HOOTEN & ASSOCIATES
                                              5505 Nesconset Highway, Suite 203
                                              Mt. Sinai, NY  11766
                                              Phone:  (631) 331-0547
                                              Email:  pjhooten@mindspring.com