B 2500B (Form 2500B) (12/15)

# United States Bankruptcy Court

e _____ **EASTERN** ___ District Of ___ **NEW YORK** ___

In re **YEKATERINA TUMAYEVA**,  )   Case No. **1-21-40870-JMM**
      Debtor )
 )   Chapter **11**
**AMERICAN EXPRESS NATIONAL BANK** )
      Plaintiff )
 )
      v. )   Adv. Proc. No. _____
 )
**YEKATERINA TUMAYEVA** )
      Defendant )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:    U.S. BANKRUPTCY COURT
                                       271 CADMAN PLAZA EAST
                                       BROOKLYN, NY 11201

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:    Paul J Hooten, Esq.
                                                              5505 Nesconset Hwy Suite 203
                                                              Mt Sinai, NY 11766

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

    Address:    U.S. Bankruptcy Court    Room:
                  271 Cadman Plaza East    Date and Time:
                  Brooklyn, NY 11201

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                              _____(Clerk of the Bankruptcy Court)

    Date: _____    By: _____(Deputy Clerk)